UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------
THEODORE KING and GARY LA BARBERA, et al.,

                      Plaintiffs,

-against-

RUTTURA & SONS CONSTRUCTION CO., INC.,

                      Defendant.
-----------------------------------------------------

Index No. CV-04-5377(ARR)

**SATISFACTION OF JUDGMENT**

COURTESY COPY

The undersigned, as attorney of record for plaintiffs and judgment creditors, hereby acknowledges full satisfaction of the judgment docketed on January 28, 2005.

Dated: New York, New York
       May 13, 2005

                              AVRAM H. SCHREIBER
                              Attorney for Plaintiffs
                              40 Exchange Place, Ste. 1300
                              New York, New York 10005
                              212-425-7670
                              (AS-2860)

So ordered
USPJ
5/18/05