UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
THEODORE KING and GARY LA BARBERA,     Index No.CV-04-5377(ARR)
et al.,

                Plaintiffs,       **SATISFACTION OF JUDGMENT**

    -against-

RUTTURA & SONS CONSTRUCTION CO., INC.,

                Defendant.       **COURTESY COPY**
-------------------------------------------------

       The undersigned, as attorney of record for plaintiffs and judgment creditors, hereby acknowledges full satisfaction of the judgment docketed on January 28, 2005.

Dated: New York, New York
        May 13, 2005

                                _____
                                AVRAM H. SCHREIBER
                                Attorney for Plaintiffs
                                40 Exchange Place, Ste. 1300
                                New York, New York 10005
                                212-425-7670
                                (AS-2860)

*So ordered*
USDJ
5/18/05