UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
INDIAN HARBOR INSURANCE COMPANY,                                    JUDGMENT
                                                                    04-CV- 5336 (ARR)
                Plaintiff,

  -against-

SNA CONTRACTING CORPORATION,

                Defendant.
-----------------------------------------------------------------------X

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 19, 2005; and upon plaintiff's motion for reconsideration, the Court having reconsidered the matter and finding it appropriate to exercise jurisdiction under the Declaratory Judgment Act; and ordering a default judgment is granted against defendant SNA declaring that SNA's failure to cooperate in the defense of the underlying action bars coverage under the insurance policy; and directing the Clerk to reopen the case and to enter judgment accordingly; it is

      ORDERED and ADJUDGED that a default judgment is granted and entered in favor of plaintiff, and against defendant SNA declaring that SNA's failure to cooperate in the defense of the underlying action bars coverage under the insurance policy.

Dated: Brooklyn, New York
       May 20, 2005

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court